IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENNY LEE POWELL,                                 6:14-cv-01899-JE

             Plaintiff,                      ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

             Defendant.

BROWN, Judge.

        Magistrate Judge John Jelderks issued Findings and

Recommendation (#19) on September 29, 2016, in which he

recommends this Court reverse and remand the Commissioner's

decision denying Plaintiff's application for supplemental

security income benefits and disability insurance benefits for

further administrative proceedings.  The matter is now before

this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule

of Civil Procedure 72(b).


1  -  ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#19).  Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 1st day of November, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2  -  ORDER