**LISA R. J. PORTER**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**Penny Lee Powell,**
    **Plaintiff,**         Civil Action No. 6:14-cv-01899-JE
vs.

**CAROLYN W. COLVIN**       ORDER GRANTING AWARD
**COMMISSIONER of Social Security,**   OF EAJA FEES, EXPENSES
    **Defendant**    /    COSTS

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**5443.86**  and expenses $**10.76** and costs of $**14.35**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

  Done this  18th  day of   January  , 2017.

              /s/ John Jelderks
              U.S. Magistrate   Judge

Presented by:

s/Lisa R.J. Porter                -
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035